# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOHN A. E., : | Case No. 1:21-cv-608 |
| Plaintiff, : | |
| : | Judge Timothy S. Black |
| vs. : | |
| : | Magistrate Judge Karen K. Litkovitz |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| Defendant. : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 30)
## AWARDING ATTORNEY'S FEES TO PLAINTIFF

This matter is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen K. Litkovitz.  Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on August 1, 2024, recommending the award of $11,794.75 in attorney's fees to Plaintiff from Defendant. The Commissioner filed a response indicating that he did not contest the motion. (Doc. 27). Plaintiff filed a reply in support of his motion (Doc. 29).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case.  Upon consideration of the foregoing, the Court finds that the Report and Recommendations (Doc. 30) should be and is hereby adopted in its entirety.  Accordingly:

1. The Report and Recommendations (Doc. 30) is **ADOPTED**;

2.     Plaintiff's counsel's motion for attorney's fees (Doc. 24) from Defendant is **GRANTED** in the amount of $11,794.75 under 42 U.S.C. § 406(b);

3.     Plaintiff's counsel is **ORDERED** to remit $6,000.00 of this sum directly to Plaintiff upon receipt.

4.     The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Date:   4/7/2025                                        *s/Timothy S. Black*
                                                                         Timothy S. Black
                                                                         United States District Judge